**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO AVILA,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 17-1440-JPR<br><br>**JUDGMENT** |

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: October 1, 2018_     _____
                                          JEAN ROSENBLUTH
                                          U.S. Magistrate Judge